Geri N. Kahn, Cal. Bar #148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (415) 392-8208
Email: gkahn@pacbell.net

Attorney for Adeela Hussain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Adeela Hussain,** | Civil No.  07 5439 SI |
| **Plaintiff,** | **PETITION FOR HEARING ON NATURALIZATION APPLICATION PURSUANT TO 8 USC SECTION 1447(b)** |
| vs. | |
| **Department of Homeland Security, Michael Chertoff, Secretary; Acting US Attorney General, Peter D. Keisler; United States Citizenship and Immigration Services, Emilio T. Gonzalez, Director; United States Citizenship and Immigration Services, Alfonso Aguilar, Chief; United States Citizenship and Immigration Services, Rosemary Melville, District Director and Robert Mueller, III, Director of Federal Bureau of Investigation** | USCIS Case No.: A75 715 285 |
| **Defendants.** | |

Plaintiff, by her attorney, complaining of Defendants, alleges as follows:

1. Plaintiff is an individual and resident of the United States who resides in the jurisdiction of this Court.  Plaintiff's claim to naturalization arises under 8 United States Code (hereinafter "USC") Section 1421.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS").  Defendant Peter D. Keisler is the Acting Attorney General of the United States.  Defendant Emilio T. Gonzalez is the Director of the United States

Petition for Hearing on Naturalization Application, C07 5439 SI- 1

1 Citizenship and Immigration Services (hereinafter "USCIS").  Defendant Alfonso
2 Aguilar is the Chief of the Office of Citizenship in USCIS.  Defendant Rosemary
3 Melville is the District Director of the San Francisco district office of the USCIS.
4 Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations
5 (FBI), the law enforcement agency that conducts security clearances for other U.S.
6 government agencies, such as the Department of Homeland Security.  All Defendants
7 are sued herein in their official capacities.  Defendants are responsible for the grant or
8 denial of naturalization applications filed with the San Francisco USCIS district
9 pursuant to 8 USC Sections 1421, 1427 and 8 Code of Federal Regulations (hereinafter
10 "CFR") Sections 2.1, 103.1(b), 310.2, 316.3.

3. The Court has jurisdiction of this action pursuant to 8 USC Sections 1447(b) and 2201.

4. On or about December 20, 2005, Plaintiff filed her application for naturalization with USCIS.

5. On or about April 21, 2006, Defendants and their designated agent examined Plaintiff on her application at the Oakland sub-office of the San Francisco District office of USCIS.

6. At his examination, Defendants' agent told Plaintiff that she passed her examination. She was told that her case could not be approved at that time because the required background checks had not yet been completed.

7. On July 27, 2007, Plaintiff checked on the status of her case by going in person to USCIS.  She was told that it was still pending due to background checks.

8. Ms. Hussain submitted a Freedom of Information Act Request directly to the FBI on September 14, 2007.  She received a response that no records were found under her name.

9. Plaintiff understands the necessity of a background check but she was examined over a year and a half ago and Defendants have made no decision on Plaintiff's application. Defendants have been unable to provide any estimate as to when they will adjudicate her application and they allege that they cannot adjudicate it until the background checks have been completed.  It is Plaintiff's position that a year and a half is more than a reasonable amount of time in which to conduct background checks in her case.

10. Plaintiff does not have a criminal conviction anywhere in the world.

11. Plaintiff has been severely prejudiced by the lack of adjudication in her case.  She would like to petition for her mother to immigrate to the United States and she cannot do so until she becomes a U.S. Citizen.  Ms. Hussain would also like to be a U.S. citizen for the reasons that others wish to have it –for ease of travel and to have the right to vote.

12. The Defendants' failure to make a determination of Plaintiff's application within 120 days after her examination allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 USC Section 1447(b).

13. Plaintiff desires a judicial determination of his naturalization application and a declaration that she is entitled to be naturalized as a citizen of the United States.

WHEREFORE, Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a declaratory judgment that she is entitled to be naturalized, and

2. The Court grants such further relief as may be just, lawful and equitable to the premises.

Dated this 23rd day of October, 2007

/s/

Geri N. Kahn
400 Montgomery Street,
Suite 810
San Francisco, CA 94104

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 23rd 2007          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Geri N. Kahn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff