# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

FBI, Robert Mueller, III

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within       days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
 CLERK                                                                                                          DATE_____

_____
 (BY) DEPUTY CLERK

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/14/2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Geri Kahn | | Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):*   Mailed to all defendants by certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01/02/2008
           *Date*

/s/ Geri Kahn
*Signature of Server*

400 Montgomery Street, Suite 810
*Address of Server*   San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

USPS - Track & Confirm                                                      http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do


UNITED STATES POSTAL SERVICE

ome | Help | Sign In

Track & Confirm            FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0003 1267 0190
Status: Delivered

Your item was delivered at 2:15 AM on November 17, 2007 in WASHINGTON, DC 20535.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7005 3110 0003 1267 0190

Postage        $
Certified Fee
Return Receipt Fee
(Endorsement Required)            Postmark Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Sent To: Robert S. Mueller, OGC, FBI
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave NW
City, State, ZIP+4 Washington, DC 20535-0001

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Michael Chertoff, Emilio T. Gonzalez, [illegible]
OGC, DHS
Washington, DC 20528-0001

7005 3110 0003 1267 0169

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff
Emilio T. Gonzalez [ACCEPTED [illegible] CITY]
Alfonso Aguilar
Office of General Counsel
DHS
Washington, DC 20528-0001

2. Article Number (Transfer from service label): 7005 3110 0003 1267 0169

PS Form 3811, February 2004     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]     ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery: NOV 26
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Peter D. Keisler, US DOJ
950 Pennsylvania NW
Washington, DC 20530-0001

7005 3110 0003 1267 0176

---

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:

Peter D. Keisler, Esq.
Acting Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

2. Article Number: 7005 3110 0003 1267 0176

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: NOV 19 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 3110 0003 1267 0176

