JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEELA HUSSAIN, ) | No. C 07-5439 SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ANSWER TO COMPLAINT |
| MICHAEL CHERTOFF, Department of ) | |
| Homeland Security; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    COME NOW the Defendants, by and through their counsel, Joseph P. Russoniello, United States Attorney, and Melanie L. Proctor, Assistant United States Attorney, and in answer to the Plaintiff's Complaint ("Complaint"), set forth the following:

    1.    The allegations in Paragraph One consist entirely of Plaintiff's legal characterizations, to which no response is necessary. To the extent a response is required, Defendants deny the allegations therein.

    2.    Defendants admit the first, third, fourth, and fifth sentences in Paragraph Two. Defendants deny the remaining allegations.

    3.    The allegations in Paragraph Three consist entirely of Plaintiff's legal characterizations, to which no response is necessary. To the extent a response is required, Defendants deny the allegations therein.

4. Defendants lack sufficient information to admit or deny the allegations in Paragraph Four, and on that basis, deny them.

5. Defendants lack sufficient information to admit or deny the allegations in Paragraph Five, and on that basis, deny them.

6. Defendants lack sufficient information to admit or deny the allegations in Paragraph Six, and on that basis, deny them.

7. Defendants lack sufficient information to admit or deny the allegations in Paragraph Seven, and on that basis, deny them.

8. Defendants lack sufficient information to admit or deny the allegations in Paragraph Eight, and on that basis, deny them. Defendants aver that FOIA requests do not cover the information included in name checks.

9. The allegations in Paragraph Nine consist entirely of Plaintiff's legal characterizations, to which no response is necessary. To the extent a response is required, Defendants deny the allegations therein.

10. Defendants lack sufficient information to admit or deny the allegation in Paragraph Ten, and on that basis, deny it.

11. The allegations in Paragraph Eleven consist entirely of Plaintiff's legal characterizations, to which no response is necessary. To the extent a response is required, Defendants deny the allegations therein.

12. Defendants deny the allegations in Paragraph Twelve. Defendants aver that because Plaintiff's background check is incomplete, her examination is likewise incomplete.

13. The allegations in Paragraph Thirteen consist entirely of Plaintiff's legal characterizations, to which no response is necessary. To the extent a response is required, Defendants deny the allegations therein.

## AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

///

ANSWER
07-5439 SI                                         2

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray that Plaintiff takes nothing by reason of her suit herein, that judgment be rendered in favor of Defendants, for costs of suit herein incurred, and for such other and further relief as this court may deem proper.

Dated: January 14, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                               /S/
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney
                                            Attorneys for Defendants