1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants[1]
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 | ADEELA HUSSAIN,                          )   No. C 07-5439 SI
   |                                          )
13 |                    Plaintiff,            )
   |                                          )
14 |        v.                                )
   |                                          )   JOINT REQUEST TO BE EXEMPT FROM
15 | MICHAEL CHERTOFF, Department of          )   FORMAL ADR PROCESS
   | Homeland Security; et al.,               )
16 |                                          )
   |                    Defendants.           )
17 | _____  )

18      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

19 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

20 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

21 provided by the court and private entities, and considered whether this case might benefit from any

22 of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this mandamus action is limited to Plaintiff's request that this Court adjudicate her application for

25

26 ───────────────────────

27      [1]Defendants enter their appearance here for the sole purpose of filing this certification in
   accordance with the Court's scheduling order, which requires filing this document three days prior
28 to the date the answer is due. Defendants reserve the right to assert all available defenses in their
   answer.

ADR CERTIFICATION
07-5439 SI

naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 10, 2008                                    Respectfully submitted,

                                                           JOSEPH P. RUSSONIELLO
                                                           United States Attorney

                                                           _____/S/_____
                                                           MELANIE L. PROCTOR[2]
                                                           Assistant United States Attorney
                                                           Attorneys for Defendants

Dated: January 8, 2008                                     _____/s/_____
                                                           GERI N. KAHN
                                                           Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                                           SUSAN ILLSTON
                                                           United States District Judge

---

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
07-5439 SI                                    2