JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEELA HUSSAIN, | No. C 07-5439 SI |
| Plaintiff, | |
| v. | JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER |
| MICHAEL CHERTOFF, Department of Homeland Security; et al., | |
| Defendants. | |

    The parties hereby submit the Joint Case Management Statement. The parties respectfully ask the Court to adopt the Statement without need for a Case Management Conference.

    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 28 U.S.C. § 2201, and 8 U.S.C. § 1447(b). All parties have been served.

    2. Facts: On December 20, 2005, Plaintiff applied for naturalization. On April 21, 2006, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still pending with the Federal Bureau of Investigation. On October 24, 2007, Plaintiff filed the instant Complaint.

    3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a decision on her naturalization application in the absence of a completed name check.

4. Motions: None.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery.  No experts will be designated.

9. Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff asks that the Court hear her case and render a declaratory judgment that she is entitled to be naturalized and ask for an award of attorneys' fees.  This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on January 11, 2008.

13.  Consent to Magistrate Judge for All Purposes: Defendants do not consent to reassignment of this case to a magistrate judge.  Plaintiff has consented to proceed in front of a magistrate judge.

14.  Other References: None.

15.  Narrowing of Issues: None.

16.  Expedited Schedule: The parties believe this matter may be resolved through Defendants' Motion to Remand; should the Court deny the motion, the parties believe the matter will be resolved through a hearing on Plaintiff's application.

17.  Scheduling: The parties suggest the following dates:

Defendants' Motion to Remand:        February 22, 2008

Plaintiff's Opposition:                          March 7, 2008

Defendants' Reply:                              March 14, 2008

The parties request the Court to take the matter under submission without oral argument.  Should

JOINT CASE MANAGEMENT STATEMENT
07-5439 SI                                                           2

the Court desire oral argument, the parties respectfully suggest the following date: March 28, 2008, at 9:00 a.m.

18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: January 23, 2008                         Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                        /s/
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: January 22, 2008                              /s/
                                                GERI N. KAHN
                                                Attorney for Plaintiff

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Case Management Conference scheduled for February 1, 2008 is hereby VACATED. The matter will be taken under submission at the close of the briefing schedule.

Dated:                                          _____
                                                SUSAN ILLSTON
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
07-5439 SI                                 3