**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C-07-5439 SI          Judge:   SUSAN ILLSTON

Title: ADEELA HUSSAIN -v- DEPT. OF HOMELAND SECURITY

Attorneys: G. Kahn          M. Proctor

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **4/18/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **3/28/08   @ 9:00 a.m.**  for Motions
(Motion due **2/22/08**, Opposition **3/7/08** Reply **3/14/08**)

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: