JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEELA HUSSAIN, | No. C 07-5439 SI |
|     Plaintiff, | |
| v. | STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |
| MICHAEL CHERTOFF, Department of Homeland Security; et al., | |
|     Defendants. | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is prepared to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of dismissal of this action.

///
///
///
///
///
///
///

STIPULATED DISMISSAL
07-5439 SI

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 6, 2008                    Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

4

5

6                                              _____/s/_____
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
7                                              Attorneys for Defendants

8
   Dated: February 6, 2008                    _____/s/_____
9                                              GERI N. KAHN
                                              Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
07-5439 SI                                    2