**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: <u>2/1/08</u>

Case No.   <u>C-07-5439 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>ADEELA HUSSAIN</u> -v- <u>DEPT. OF HOMELAND SECURITY</u>

Attorneys: G. Kahn          M. Proctor

Deputy Clerk: <u>Tracy Sutton</u>   Court Reporter: <u>n/a</u>

**PROCEEDINGS**

1)   <u>Initial Case Management Conference - HELD</u>

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **4/18/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **3/28/08     @ 9:00 a.m.**  for Motions
(Motion due **2/22/08**, Opposition **3/7/08** Reply **3/14/08**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: