1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12  ADEELA HUSSAIN,                    )        No. C 07-5439 SI
                                       )
13                      Plaintiff,     )
                                       )
14          v.                         )
                                       )        STIPULATED DISMISSAL PURSUANT TO
15  MICHAEL CHERTOFF , Department of   )        FED. R. CIV. P. 41(a)
    Homeland Security; et al.,         )
16                                     )
                        Defendants.    )
17  _____)

18          Plaintiff, by and through her attorney of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in

20  light of the fact that the United States Citizenship and Immigration Services is prepared to adjudicate

21  Plaintiff's application for naturalization, and will do so within 30 days of dismissal of this action.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATED DISMISSAL
07-5439 SI

1    Each of the parties shall bear their own costs and fees.

2    Dated: February 6, 2008                          Respectfully submitted,

3                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
4

5

6                                      _____/s/_____
                                       MELANIE L. PROCTOR[1]
7                                      Assistant United States Attorney
                                       Attorneys for Defendants
8
     Dated: February 6, 2008                          _____/s/_____
9                                                     GERI N. KAHN
                                                      Attorney for Plaintiff
10

11

12

13

14

15                      

16

17

18

19

20

21

22

23

24

25

26

27   _____

28       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     STIPULATED DISMISSAL
     07-5439 SI                                    2